USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK GOLDBERG,

Plaintiff,

-against-

UNITED STATES OF AMERICA, et al.,

Defendants.

**24-CV-6617 (JGLC) (KHP)**

**ORDER OF SERVICE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

By order dated September 10, 2024, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

**DISCUSSION**

To allow Plaintiff, who is proceeding *in forma pauperis*, to effect service on Defendants United States of America, et al. through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants United States of America, et al. The Clerk of Court is further instructed to: (1) mark the box on the USM-285 form labeled "Check for service on U.S.A."; and (2) issue a summons and deliver to the Marshals Service a copy of this order and all other paperwork necessary for the Marshals Service to effect service on the United States.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**CONCLUSION**

The Clerk of Court is directed to mail an information package to Plaintiff.

The Clerk of Court is instructed to issue a summons for each Defendant, complete the USM-285 form with the address for each Defendant (checking the box for service on U.S.A.), and deliver to the U.S. Marshals Service all documents necessary to effect service.

**SO ORDERED.**

Dated: October 10, 2024
New York, New York

Katharine H Parker

KATHARINE PARKER
United States Magistrate Judge