UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK GOLDBERG,

                Plaintiff,

-against-

UNITED STATES OF AMERICA, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2025

**24-CV-6617 (JGLC) (KHP)**

**ORDER OF SERVICE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      By order dated September 10, 2024, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, on October 10, 2024, the Court issued an Order of Service directing the Clerk of Court to, among other things, issue a summons for each Defendant, complete the USM-285 form with the address for each Defendant (checking the box for service on U.S.A.), and deliver to the U.S. Marshals Service all documents necessary to effect service. On November 13, 2024, the U.S. Marshals filed process receipts and returns of service executed for Defendants United States and America and the U.S. Department of State. Upon review of the receipts, the Court noticed that service upon the United States of America was made to the U.S. Department of Justice, instead of the Acting United States Attorney at the U.S. Attorney's Office for the Southern District of New York as provided in Federal Rule of Civil Procedure 4(i)(1)(A)(i), and that service upon the U.S. Department of State was made to an incorrect address (The address "201 C Street NW, Washington, D.C. 20520" should be corrected to "2201" in the number for the address).

      To correct these deficiencies, the Clerk of Court is respectfully instructed to re-issue a summons for each Defendant which lists the Acting United States Attorney at the U.S. Attorney's

Office for the Southern District of New York and the address for the U.S. Attorney's Office for the Southern District of New York as the contact information for Defendant United States of America. All other contact information should remain the same. The Clerk of Court is further instructed to complete the USM-285 form with the address for each Defendant (checking the box for service on U.S.A.) and deliver to the U.S. Marshals Service all documents necessary to effect service.

**SO ORDERED.**

Dated: January 22, 2025
New York, New York

_____
KATHARINE PARKER
United States Magistrate Judge