UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK GOLDBERG, et al.,

                Plaintiffs,

        -against-

UNITED STATES OF AMERICA, et al.,

                Defendants.

24-CV-6617 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On June 9, 2026, counsel for Plaintiffs C.K.T.G. and A.S.G. filed a notice of voluntary dismissal purporting to dismiss this action in its entirety. ECF No. 61 (citing Fed. R. Civ. P. 41(a)(1)(A)(i)). In this District, actions by or on behalf of minor children "must not be settled or compromised, or voluntarily discontinued, dismissed, or terminated, without leave of the court embodied in an order, judgment, or decree." Local Civ. R. 83.2; *see also Martegani v. Cirrus Design Corp.*, 687 F. Supp. 2d 373, 377 (S.D.N.Y. 2010). The notice does not detail why this action is being voluntarily dismissed, whether a resolution was reached, the substance of any such resolution, and whether Plaintiff Mark Goldberg has any outstanding claims.

Accordingly, by July 6, 2026, the parties are directed to submit a joint letter addressing, first, whether all claims in this action have been resolved—and, if not, what remains—and second, whether a settlement was reached and any basis that relieves this Court of its obligation to approve such a settlement or voluntary dismissal.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff Mark Goldberg.

Dated: June 23, 2026
      White Plains, New York

SO ORDERED.

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge